Order entered October 11, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

---

**No. 05-12-00298-CV**

---

**IN THE INTEREST OF J.A.L., A CHILD**

---

**On Appeal from the 256th District Court
Dallas County, Texas
Trial Court Cause No. DF-09-06253**

---

## ORDER

The Court has before it appellant's September 27, 2012 second motion to extend time to file appellant's brief. The Court **GRANTS** the motion and **ORDERS** appellant to file his brief by October 20, 2012. No further extensions will be granted absent a showing of exceptional circumstances.



MOLLY FRANCIS
JUSTICE